UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

FAKHRUDDIN ATTAR,
FARIDA ATTAR,

    Defendants.

Case: 2:17-mj-30197
Assigned To : Unassigned
Assign. Date : 4/20/2017
Description: RE: SEALED MATTER (EOB)
1

## MOTION AND ORDER TO SEAL COMPLAINT AND ARREST WARRANT

THE UNITED STATES OF AMERICA requests the court to seal the Complaint, arrest warrant, and all attendant papers for the reason that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

DANIEL LEMISCH
Acting United States Attorney

*s/Sara D. Woodward*
SARA D. WOODWARD
AUSA
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Sara.woodward@usdoj.gov
(313) 226-9180

**IT IS SO ORDERED.**

David Grand
United States Magistrate Judge

Entered: 4/20/17