AUSA: Sara D. Woodward  Telephone: (313) 226-9180
Special Agent: Lisa Keith  Telephone: (313) 226-0500

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

United States of America
v.
FAKHRUDDIN ATTAR

Case: 2:17-mj-30197
Assigned To : Unassigned
Assign. Date : 4/20/2017
Description: RE: SEALED MATTER (EOB)
1

## ARREST WARRANT

FILED APR 25 2017
CLERK'S OFFICE
DETROIT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* FAKHRUDDIN ATTAR,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. Sections 116, 317 (Conspiracy to Commit Female Genital Mutilation)
18 U.S.C. Sections 116.2



Date: April 20, 2017

City and state: Detroit, Michigan

U.S. Magistrate David Grand
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4-20-2017, and the person was arrested on *(date)* 4-21-2017
at *(city and state)* LIVONIA, MICHIGAN

Date: 4-21-2017

*Arresting officer's signature*

DANIEL GHAREEB  HSI SPECIAL AGENT
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*