UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                  Plaintiff(s),

v.                                              Case No. 2:17–cr–20274–BAF–DRG
                                                Hon. Bernard A. Friedman

Jumana Nagarwala,

                  Defendant(s).

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202–3988

the defendant(s), and all attorneys of record, by electronic means or first class U.S. mail, on February 14, 2018.


                                              DAVID J. WEAVER, CLERK OF COURT


                                              By: <u>s/ D. Worth</u>
                                                   Deputy Clerk


Dated:   February 14, 2018