UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-20274 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | **STIPULATION AND ORDER TO AMEND BOND** |
| FAKHRUDDIN ATTAR, D-2, | |
| and | |
| FARIDA ATTAR, D-3, | |
| Defendants. | |

_____

## STIPULATION

Fakhruddin Attar, M.D., through his attorney Mary Chartier, Farida Attar, through her attorney Matthew Newburg, and the United States government, through its attorney Sara Woodward, stipulate that Dr. Attar and Mrs. Attar's bond conditions be modified to continue to allow them to have contact with former employee Jehan Yousif to assist them in residual business-related matters, such as sending patient records to new doctors.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| 03/29/2018 | /s/MARY CHARTIER |
| Date | Mary Chartier |
| 03/29/2018 | /s/MATTHEW NEWBURG |
| Date | Matthew Newburg |
| 03/29/2018 | /s/SARA WOODWARD |
| Date | Sara Woodward |

# ORDER

Fakhruddin Attar and Farida Attar's bond conditions are amended to allow them to continue to have contact with former employee Jehan Yousif to assist them in residual business-related matters, such as sending patient records to new doctors.

Dated: May 17, 2018            s/Bernard A. Friedman
Detroit, Michigan              BERNARD A. FRIEDMAN
                               SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 17, 2018.

s/Johnetta M. Curry-Williams
Case Manager