## UNITED STATES OF AMERICA
## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FAKHRUDDIN ATTAR, D-2,

and

FARIDA ATTAR, D-3,

      Defendants.

Case No. 17-cr-20274

Honorable Bernard A. Friedman

**STIPULATION AND
ORDER TO AMEND BOND**

_____

## STIPULATION

Fakhruddin Attar, M.D., through his attorney Mary Chartier, Farida Attar, through her attorney Matthew Newburg, and the United States government, through its attorney Sara Woodward, stipulate that Dr. Attar and Mrs. Attar's bond conditions be modified to allow them to vote after the motion hearing on November 6, 2018. Further, Dr. Attar may speak with the physician's office of Dr. Michael Mandell regarding an upcoming medical procedure for a family member.

1

Respectfully submitted,

11/5/2018                          /s/MARY CHARTIER
Date                              Mary Chartier

11/5/2018                          /s/MATTHEW NEWBURG
Date                              Matthew Newburg

11/5/2018                          /s/SARA WOODWARD
Date                              Sara Woodward

# ORDER

Fakhruddin Attar and Farida Attar's bond conditions are amended to allow them to vote after the motion hearing on November 6, 2018. Further, Dr. Attar may speak with the physician's office of Dr. Michael Mandell regarding an upcoming medical procedure for a family member.

**s/Bernard A. Friedman**
Dated: November 6, 2018           BERNARD A. FRIEDMAN
Detroit, Michigan                SENIOR U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on November 6, 2018.

s/Johnetta M. Curry-Williams
Case Manager