UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 Jumana Nagarwala
D-2 Fakhruddin Attar
D-3 Farida Attar
D-6 Fatema Dahodwala

    Defendants.

Case No. 17-cr-20274
Judge: Bernard A. Friedman

_____

**STIPULATION TO EXTEND MOTION FILING DEADLINE**

Because the parties are engaged in continuing discovery and the transcription of recorded conversations, the United States Government, by and through its attorneys and Defendants, by and through their attorneys, do hereby stipulate and agree that the pretrial motion filing cutoff date, for motions, other than motions in limine, currently set for January 6, 2021, shall be extended to February 10, 2021.

Respectfully submitted,

DATED: December 21, 2020

s/ Brian M. Legghio
BRIAN M. LEGGHIO
Attorney for Fatema Dahodwala

s/ Shannon M. Smith
SHANNON M. SMITH
Attorney for Jumana Nagarwala

s/ Molly S. Blythe
MOLLY S. BLYTHE
Attorney for Jumana Nagarwala

s/ Mary Chartier-Mittendorf
MARY CHARTIER-MITTENDORF
Attorney for Fakhruddin Attar

s/ Matthew R. Newburg
MATTHEW R. NEWBURG
Attorney for Farida Attar

DATED: December 21, 2020

s/Sara Woodward
Assistant U.S. Attorney
SARA WOODWARD

s/ John Neal
Assistant U.S. Attorney
JOHN NEAL

s/ Malisa Dubal
DOJ Trial Attorney
MALISA DUBAL

s/ Amy Markopoulos
DOJ Trial Attorney
AMY MARKOPOULOS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 17-cr-20274
Judge: Bernard A. Friedman

v.

D-1 Jumana Nagarwala
D-2 Fakhruddin Attar
D-3 Farida Attar
D-6 Fatema Dahodwala

    Defendants.

---

**ORDER GRANTING TIME EXTENSION FOR MOTION FILING DEADLINE**

Upon stipulation of the parties and the Court being fully advised of the circumstances;

**IT IS HEREBY ORDERED** the pretrial motion filing deadline for motions, other than motions in limine, shall be extended from January 6, 2021 to February 10, 2021.

IT IS SO ORDERED:

Dated: December 22, 2020
Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR U.S. DISTRICT JUDGE